UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| BANK OF AMERICA CORPORATION, | ) | Civil Action No. 3:13-cv-446 |
| BANK OF AMERICA, N.A., BANC OF | ) | Hon. Max Cogburn, Jr. |
| AMERICA MORTGAGE SECURITIES, INC., | ) | |
| and MERRILL LYNCH, PIERCE, FENNER & | ) | |
| SMITH, INC. f/k/a BANC OF AMERICA | ) | |
| SECURITIES LLC, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**INDEX OF EXHIBITS TO DEFENDANTS' MEMORANDUM OF LAW
IN SUPPORT OF THEIR MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

**Exhibit 1**   Preliminary information sent to Federal Home Loan Bank of San Francisco on December 17, 2007

**Exhibit 2**   Preliminary information sent to Wachovia on December 19, 2007

**Exhibit 3**   BOAMS 2008-A Prospectus Supplement and Prospectus, dated January 25, 2008