UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:13-cv-00446-MOC-DSC

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **BANK OF AMERICA CORPORATION, et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

**THIS MATTER** is before the court on initial review of the government's Objections (#33) to the Memorandum and Recommendation (#31), in which Judge Cayer recommends granting defendants' Motion to Dismiss Plaintiff's Complaint (#19). The court also has before it defendants' Response (#34) to those objections.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the Objections (#33) to the Memorandum and Recommendation (#31) are calendared for oral arguments on June 4, 2014, at 10 a.m.

Signed: April 29, 2014

Max O. Cogburn Jr.
United States District Judge