UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| BANK OF AMERICA CORPORATION, | ) | Civil Action No. 3:13-cv-446 |
| BANK OF AMERICA, N.A., BANC OF | ) | |
| AMERICA MORTGAGE SECURITIES, INC., | ) | |
| and MERRILL LYNCH, PIERCE, FENNER & | ) | |
| SMITH, INC. f/k/a BANC OF AMERICA | ) | |
| SECURITIES LLC, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**ORDER ON JOINT MOTION TO DISMISS**

THIS MATTER is before the Court upon the joint motion of the parties to dismiss the Complaint with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, and in accordance with the terms of their settlement agreement dated on or about August 20, 2014. (Doc. No. 44). Having considered the motion, the Court hereby GRANTS the Joint Motion to Dismiss of the parties.

ACCORDINGLY, IT IS THEREFORE ORDERED:

1. The parties joint Motion to Dismiss (Doc. No. 44) is GRANTED;

2. This action is DISMISSED with prejudice as to all parties and all claims, with each of the parties to bear its own costs and attorney fees.

3. The Clerk is directed to terminate any outstanding motions and close this case.

Signed: August 29, 2014

Max O. Cogburn Jr.
United States District Judge